**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
**Erin M. Burris**, OSB No. 155379
erin.burris@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155

*Attorney for Defendants Portland Public Schools, Chandra Wilson-Cooper, and Deanne Froehlich*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALLISON ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>PORTLAND PUBLIC SCHOOLS; CHANDRA WILSON-COOPER; and DEANNE FROEHLICH,<br><br>Defendants. | Case No. 3:26-cv-01680-SB<br><br>NOTICE OF APPEARANCE OF ERIN M. BURRIS FOR DEFENDANTS PORTLAND PUBLIC SCHOOLS, CHANDRA WILSON-COOPER, AND DEANNE FROEHLICH |

**TO: ALL PARTIES OF RECORD AND THEIR COUNSEL**

PLEASE TAKE NOTICE that Erin M. Burris of Miller Nash LLP appears in the above-captioned action as attorney of record for defendants Portland Public Schools, Chandra Wilson-Cooper, and Deanne Froehlich ("Defendants"). Defendants continue to be represented by Michael Porter of Miller Nash LLP.

It is requested that copies of all further pleadings and papers (except original process), and future notices and orders filed or served in this action be served on the undersigned at the following address:

Michael Porter, P.C., OSB No. 003560
mike.porter@millernash.com
Erin M. Burris, OSB No. 155379
erin.burris@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155

Dated: September 3, 2026

MILLER NASH LLP

*s/Erin M. Burris*

Michael Porter, P.C., OSB No. 003560
mike.porter@millernash.com
Erin M. Burris, OSB No. 155379
erin.burris@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

*Attorneys for Defendants Portland Public Schools, Chandra Wilson-Cooper, and Deanne Froehlich*