**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
**Erin M. Burris**, OSB No. 155379
erin.burris@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155

*Attorneys for Defendants Portland Public Schools, Chandra Wilson-Cooper, and Deanne Froehlich*

**Rebekah Schultheiss**, OSB No. 121199
rebekah@millardoffices.com
Law Offices of Rebekah Millard, LLC
P.O. Box 7582
Springfield, Oregon 97475
Telephone: (707) 227-2401

**Kathryn S. Cosgrove** (*admitted pro hac vice*)
kcosgrove@libertyjusticecenter.org
**Timothy R. Snowball** (*admitted pro hac vice*)
tsnowball@libertyjusticecenter.org
**Timothy E. Kilcullen** (*admitted pro hac vice*)
tkilcullen@libertyjusticecenter.org
PARENTS Initiative of the Liberty Justice Center
1629 K Street N.W., Ste 300
Washington, D.C. 20006
Telephone: (312) 637-2280

*Attorneys for Plaintiff Allison Roberts*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ALLISON ROBERTS,

Plaintiff,

v.

PORTLAND PUBLIC SCHOOLS; CHANDRA WILSON-COOPER; and DEANNE FROEHLICH,

Defendants.

Case No. 3:26-cv-01680-SB

JOINT MOTION FOR ORDER TO PROPOSE SCHEDULE AFTER RULING ON MOTION FOR PRELIMINARY INJUNCTION

## LR 7-1 CERTIFICATION

The parties certify that they have conferred about this motion and agreed to proceed jointly.

## MOTION

The parties jointly move the Court for an order that the parties propose a case schedule within 14 days after the Court's order on Plaintiff's Motion for Preliminary Injunction (ECF 19).

## MEMORANDUM IN SUPPORT

The parties recently conferred about the upcoming October 13, 2026, deadline for Defendants to respond to Plaintiff's complaint. The parties discussed the fact that Court's order on Plaintiff's Motion for Preliminary Injunction may impact the trajectory of the litigation. The parties believe that efficiencies may arise if they have time to evaluate the order and then propose a joint case schedule. Accordingly, the parties seek an order that strikes the current case deadlines, including the October 13, 2026, deadline for Defendants to respond to the complaint, and orders the parties to propose a case schedule within 14 days following the Court's issuance of an order on Plaintiff's Motion for Preliminary Injunction.

## CONCLUSION

This motion should be granted.

PARENTS INITIATIVE OF THE LIBERTY JUSTICE CENTER

*s/TR Snowball*
Timothy R. Snowball *(admitted pro hac vice)*
tsnowball@libertyjusticecenter.org
Kathryn S. Cosgrove *(admitted pro hac vice)*
kcosgrove@libertyjusticecenter.org
Timothy E. Kilcullen *(admitted pro hac vice)*
tkilcullen@libertyjusticecenter.org
PARENTS Initiative of the Liberty
Justice Center
1629 K Street N.W., Ste 300
Washington, D.C. 20006
Telephone: (312) 637-2280

Rebekah Schultheiss, OSB No. 121199
rebekah@millardoffices.com
P.O. Box 7582
Springfield, Oregon 97475
Telephone: (707) 227-2401

*Attorneys for Plaintiff Allison Roberts*

Date: September 29, 2026

MILLER NASH LLP

*s/Michael Porter*
Michael Porter, P.C., OSB No. 003560
mike.porter@millernash.com
Erin M. Burris, OSB No. 155379
erin.burris@millernash.com
1140 SW Washington St, Ste 700
Portland, Oregon 97205
Phone: 503.224.5858
Fax: 503.224.0155

*Attorneys for Defendants Portland Public Schools, Chandra Wilson-Cooper, and Deanne Froehlich*

Date: September 29, 2026